FILED
CLERK, U.S. DISTRICT COURT
FEB 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD, | Case No. CV 05-5842-FMC (JTL) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SARA HENDERSON, | |
| Defendant. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: Feb. 20, 2008

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE